UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NAJELA DRICE,                          Case No.: 15 cv 395 (MKB) (MDG)

              Plaintiff,

                                                             **NOTICE OF MOTION**

- against -

MY MERCHANT SERVICES, LLC, and
JOSE A. VALERIO, *individually*,

             Defendants.
-------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the annexed memorandum of law, the annexed declaration of Casey Wolnowski, Esq. and all prior proceedings had herein, a motion will be made by Plaintiff before Hon. Margo K. Brodie to be held at the U.S. Courthouse (E.D.N.Y.), 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order:

     a)     Granting Plaintiff's Motion for Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure; and

     b)     For such further relief as this Court may deem just and proper.

Dated: New York, New York
          April 21, 2015

                                                               **PHILLIPS & ASSOCIATES,**
                                                               **ATTORNEYS AT LAW, PLLC**

                                       By:    _____
                                                             Casey Wolnowski, Esq.
                                                              *Attorneys for Plaintiff*
                                                              45 Broadway, Suite 620
                                                              New York, New York 10006
                                                              (212) 248-7431
                                                              cwolnowski@tpglaws.com