(212) 619-0728
FAX: (212) 619-2288

**UNITED PROCESS SERVICE, INC.**
THIRD FLOOR
315 BROADWAY
NEW YORK, NY 10007-1121

E-Mail: info@unitedprocess.com
Web: www.unitedprocess.com

Date Received       02/03/15

PHILLIPS & ASSOCIATES ATTORNEYS AT LAW, PLLC
45 BROADWAY
SUITE 620
NEW YORK, NY 10006
ATTN: TIM LAIAS

Client Code: 10239

(212) 248-7431

**EMMAD GABBAR**

Index # CV 15-0395 (MJG)

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK

Invoice #       617629
Date Purchased  01/26/15
120 Day         05/26/15

Plaintiff: NAJELA DRICE

Defendant: MY MERCHANT SERVICES, LLC, ETANO

Copies        Yes

Recipient(s):
1) JOSE A. VALERIO  **6176291**        SUMMONS AND COMPLAINT

Location:                              Business: C/O MY MERCHANT SERVICES, LLC
                                                 462 36TH STREET, STE. 3B
                                                 BROOKLYN, NY 11232

SERVED Date: 2/6/   Time: 15:36   Serve Sec'y of State____   Adv. Fee____   Att. Sending____

New Address_____

Served on: Wezley_____   Title/Relationship  C.W._____

Desc: Sex: M   Skin Color: Blk   Hair Color: Bald   Approx Age: 40   Height: 5'11   Weight: 220

Remarks: **SERVE BY 02/17/15**
<mark>E-FILE IN COURT.</mark> WE HAVE INDEX #.

FILED
FEB 20 2015

**EXHIBIT C**

**REASON FOR RETURN**
UNKNOWN____ MOVED____ NEED APARTMENT #____
NO SUCH NUMBER____ NO LONGER EMPLOYED____
HELD AWAITING INSTRUCTIONS____ OUT OF BUSINESS____
**POSTAL SEARCH**_____
GOOD AS ADDRESSED____ UNKNOWN AT ADDRESS GIVEN____
MOVED, NO FWD ADD____ FORWARDING ORDER EXPIRED____
**MOTOR VEHICLE SEARCH**_____
D.O.B, VIN OR PLATE #_____
NO HIT____ SAME ADDRESS____ NEW ADDRESS____

CODE B  CHARGE 5   CODE____ CHARGE____
CODE FEE CHARGE 15  CODE____ CHARGE____
CODE M  CHARGE 1   CODE____ CHARGE____
CODE____ CHARGE____  CODE____ CHARGE____

DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW



WWW.NEWYORKCITYPROCESSSERVICE.COM

**PROCESS & PRE-TRIAL INVESTIGATIVE SERVICES**
256 East 237th Street, Suite 1-A
Bronx, New York, 10470
Phone 718-547-4712   Fax 718-547-3053

## SERVICE REQUEST FORM

Caption

Najela Drice

Vs

My Merchant Services, LLC, et ano

Index No:  15-CV-0395     Court: EDNY

---

Date:   02/02/2015

PHILLIPS & ASSOCIATES       30 Broad Street, 35th Floor,  New York, New York, 10004

Requested by:  Tim Laias       Email:  tlaias@tpglaws.com

Phone No:  (212) 248 7431       Fax No:  (212) 901 2107

Please Serve:  My Merchant Services, LLC via the Secretary of State. Jose A. Valerio via his place of employment at 462 36th Street, Suite 3B, Brooklyn, NY 11232

Special Instructions:  Please file Affidavits of Service.

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney: PHILLIPS & ASSOCIATES
                                                                       ATTORNEYS AT LAW, PLLC

NAJELA DRICE

                                            Plaintiff(s)
                                                              Index # CV 15-0395 (MJG)
                    - against -

                                                              Purchased January 26, 2015
MY MERCHANT SERVICES, LLC, ETANO

                                            Defendant(s)      **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

EMMAD GABBAR BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 6, 2015 at 03:36 PM at

C/O MY MERCHANT SERVICES, LLC
462 36TH STREET, STE. 3B
BROOKLYN, NY 11232

deponent served the within SUMMONS AND COMPLAINT on JOSE A. VALERIO therein named,

**SUITABLE AGE**   by delivering thereat a true copy of each to WEZLEY SMITH a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BALD | 40 | 5'11 | 220 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O MY MERCHANT SERVICES, LLC
462 36TH STREET, STE. 3B
BROOKLYN, NY 11232

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on February 10, 2015 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**   Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: February 10, 2015

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | EMMAD GABBAR |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 2014711 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 617629 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2015 | Commission Expires April 11, 2015 | Commission Expires April 3, 2015 | |

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728 NYCDCA#1102045

## Service of Process:

1:15-cv-00395-MKB-MDG Drice v. My Merchant Services, LLC, et. ano

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered by Phillips, William on 2/20/2015 at 2:34 PM EST and filed on 2/20/2015
**Case Name:**     Drice v. My Merchant Services, LLC, et. ano
**Case Number:**   1:15-cv-00395-MKB-MDG
**Filer:**         Najela Drice
**Document Number:** 4

**Docket Text:**
**SUMMONS Returned Executed by Najela Drice. Jose A Valerio served on 2/6/2015, answer due 2/27/2015. (Phillips, William)**


**1:15-cv-00395-MKB-MDG Notice has been electronically mailed to:**

**1:15-cv-00395-MKB-MDG Notice will not be electronically mailed to:**

Casey Wolnowski
45 Broadway, Suite 620
New York, NY 10006

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=2/20/2015] [FileNumber=9495845-0]
[f0027fb38cfb2694eacc6d369c2d57503d23fbb3644291b5adb198688b4f136bbf618
533947aed5791d2419f214bb27e3c1f6bdc89924f9233f236f71058f2e3]]