(212) 619-0728  
FAX: (212) 619-2288

**UNITED PROCESS SERVICE, INC.**  
THIRD FLOOR  
315 BROADWAY  
NEW YORK, NY 10007-1121

E-Mail: info@unitedprocess.com  
Web: www.unitedprocess.com

Date Received 02/03/15

PHILLIPS & ASSOCIATES ATTORNEYS AT LAW, PLLC  
45 BROADWAY  
SUITE 620  
NEW YORK, NY 10006  
ATTN: TIM LAIAS

Client Code: 10239

(212) 248-7431

**STEVEN C. AVERY**

Index # CV 15-0395 (MJG)

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK  
COUNTY OF NEW YORK

Invoice # 617628  
Date Purchased 01/26/15  
120 Day 05/26/15

Plaintiff: NAJELA DRICE

Defendant: MY MERCHANT SERVICES, LLC, ETANO

*[handwritten: MY MERCHANTS Services LLC S/H/A]*

Copies   Yes

Recipient(s):

1) MY MERCHANT SERVICES, LLC  
   **6176281**

SUMMONS AND COMPLAINT

Location:

Business: 462 36TH STREET  
STE. 3B  
BROOKLYN, NY 11232

Add. Address: SECRETARY OF STATE  
ALBANY, NY

*[handwritten: 303]*

SERVED Date: 2/11   Time: 1420   Serve Sec'y of State_____ Adv. Fee_____ Att. Sending_____

New Address_____

Served on: SZ_____ Title/Relationship_____

Desc: Sex:___ Skin Color_____ Hair Color_____ Approx Age_____ Height_____ Weight_____

Remarks: **SERVE BY 02/17/15**  
<mark>E-FILE IN COURT.</mark> WE HAVE INDEX #.  
ATTY PAID $40

FILED  
FEB 20 2015

**EXHIBIT D**

**REASON FOR RETURN**  
UNKNOWN___ MOVED___ NEED APARTMENT #___  
NO SUCH NUMBER___ NO LONGER EMPLOYED___  
HELD AWAITING INSTRUCTIONS___ OUT OF BUSINESS___  
**POSTAL SEARCH**_____  
GOOD AS ADDRESSED___ UNKNOWN AT ADDRESS GIVEN___  
MOVED,NO FWD ADD___ FORWARDING ORDER EXPIRED___  
**MOTOR VEHICLE SEARCH**_____  
D.O.B, VIN OR PLATE #_____  
NO HIT___ SAME ADDRESS___ NEW ADDRESS___

CODE B  CHARGE 57  CODE___ CHARGE___  
CODE F-EF CHARGE 15  CODE___ CHARGE___  
CODE A  CHARGE 10  CODE___ CHARGE___  
CODE___ CHARGE___ CODE___ CHARGE___

DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: PHILLIPS & ASSOCIATES ATTORNEYS AT LAW, PLLC

NAJELA DRICE

Plaintiff(s)

Index # CV 15-0395 (MJG)

- against -

Purchased January 26, 2015

MY MERCHANT SERVICES, LLC, ETANO

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 11, 2015 at 02:20 PM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT on MY MERCHANTS SERVICES LLC S/H/A MY MERCHANT SERVICES, LLC therein named,

SECRETARY OF STATE    a Domestic LIMITED LIABILITY COMPANY by delivering two true copies to SUE ZOUKY, LEGAL CLERK personally, deponent knew said LIMITED LIABILITY COMPANY so served to be the LIMITED LIABILITY COMPANY described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 55 | 5'1 | 150 |

Sworn to me on: February 18, 2015

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Commission Expires November 26, 2015

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2015

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2015

STEVEN C. AVERY

Invoice #: 617628

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728 NYCDCA#1102045

**Service of Process:**

1:15-cv-00395-MKB-MDG Drice v. My Merchant Services, LLC, et. ano

## U.S. District Court

## Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered by Phillips, William on 2/20/2015 at 2:36 PM EST and filed on 2/20/2015
**Case Name:**  Drice v. My Merchant Services, LLC, et. ano
**Case Number:** 1:15-cv-00395-MKB-MDG
**Filer:** Najela Drice
**Document Number:** 5

**Docket Text:**
**SUMMONS Returned Executed by Najela Drice. My Merchant Services, LLC served on 2/11/2015, answer due 3/4/2015. (Phillips, William)**


**1:15-cv-00395-MKB-MDG Notice has been electronically mailed to:**

**1:15-cv-00395-MKB-MDG Notice will not be electronically mailed to:**

Casey Wolnowski
45 Broadway, Suite 620
New York, NY 10006

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=2/20/2015] [FileNumber=9495868-0]
[6a58d7ce939edc83a9af9e6d4f1985ab20845e56aa12043a58013845db1552d98d6eb
0d23dba2e63a603640f232f555f372bf9f34878e31b16b25da513a6a7e2]]