UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NAJELA DRICE,

                Plaintiff,

- against -

MY MERCHANT SERVICES, LLC, and
JOSE A. VALERIO, *individually*,

                Defendants.
-------------------------------------------------------------------X

Case No.: 15-cv-0395 (MKB) (MDG)

**CERTIFICATE OF DEFAULT**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 02 2015
BROOKLYN OFFICE

    I, DOUGLAS C. PALMER, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that neither Defendant MY MERCHANT SERVICES, LLC, nor JOSE A. VALERIO (together "Defendants"), have filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendants is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: ~~New York~~ Brooklyn, New York

       April 2, 2015

                                                     **DOUGLAS C. PALMER**
                                                     Clerk of Court

                                    By: _Janet Hamilton_
                                                   Deputy Clerk

EXHIBIT E