**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------X

NAJELA DRICE,                                               Case No.: 15 cv 0395 (MKB) (MDG)

                  Plaintiff,

        - against -                                      **DEFAULT JUDGMENT**

MY MERCHANT SERVICES, LLC, and
JOSE A. VALERIO, *individually*,

                  Defendants.
-------------------------------------------------------------------------------X

      This action having been commenced on January 26, 2015 by the filing of the Summonses and Complaint, and copies of the same having been personally served on the individual defendant on February 6, 2015 (Valerio) and the corporate defendant My Merchant Services, LLC ("My Merchant") via the New York Secretary of State in Albany on February 11, 2015, and proof of service having been filed on February 20, 2015, and no defendants having answered the Complaint, and the time for answering the Complaint having expired; it is hereby:

      ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against the defendants in the amount of $67,516.33, prejudgment interest in the amount of $132.00, attorneys' fees in the amount of $3,500.00, and disbursements in the amount of $624.33, amounting to a total of $67,516.33.

Dated: Brooklyn, New York
        May \_\_\_\_, 2015

                                                                                                 _____
                                                                                                 Margo K. Brodie
                                                                                                 United States District Judge

                                                                             This document was entered on the docket
                                                                             on _____.