**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

NAJELA DRICE,                                            Case No.: 15-cv-0395 (MKB) (MDG)

               Plaintiff,

          - against -                                    **CERTIFICATE OF**
                                                **SERVICE**

MY MERCHANT SERVICES, LLC, and
JOSE A. VALERIO, *individually*,

               Defendants.
------------------------------------------------------------------X

      I hereby certify that on April 21, 2015, a true copy of Plaintiff's Notice of Motion for

Default Judgment, Memorandum of Law in Support of Motion for Default Judgment, and

Declaration of Counsel in Support of Plaintiff's Motion for Default Judgment with Exhibits, was

served via first class mail upon the following defendants:

My Merchant Services, LLC.
462 36th Street, Suite 3B
Brooklyn, NY 11232

Jose A. Valerio
462 36th Street, Suite 3B
Brooklyn, NY 11232

                                                _____
                                              Casey Wolnowski (CW9371)